IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TABLE OF CONTENTS – EXHIBITS

Exhibit A – Sentencing Order Showing Community Halfway-House Placement

Exhibit B – Medical Records and Crisis Intervention Documentation

Exhibit C – AP's October 22, 2013 Defamatory Article with Internal Contradiction

Exhibit D – Evidence Supporting Discovery Rule Tolling

D1 – Search Using First and Last Name Only (No Article Found)

D2 – Keyword Search ("Paul Allen 8 months in prison") and Article Appearance

Exhibit E – Screenshots of Article Republications (FoxNews, Yahoo, Blazer's Edge, KATU2, news.com.au Australian Media outlet)