IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Exhibit B:

Medical Records

4-4-2025

- Content: VA medical records (April 2, 2025) and Resolve counseling notes (April 9, 2025) documenting suicidal thoughts/Attempt and a bridge incident caused by AP's false statement.
- Purpose: Shows the severe emotional harm suffered, supporting $240 million compensatory damages claim.
- Page Count: 5–10 pages.

4/9/25, 10:51 AM                           Price, Brandon L                Encounter Date: 04/08/2025

# Price, Brandon L



**Telephone** 4/8/2025　　　　　　　Provider: Baum, Brenda (Behavioral Medicine)
UPMC Western BH-resolve Crisis　　Reason for call: Crisis Intervention
Phone

## All Conversations: Crisis Intervention　　　　　　　　　　　　　(Newest Message First)

April 8, 2025

Baum, Brenda

Note　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4/8/25　5:09 PM　　BB

| UPMC | Identification: |
|---|---|
| MY PERSONAL CRISIS / SAFETY PLAN | Name: Brandon L Price<br>DOB:<br>MRN: |

Please note: Your safety matters. Staff are available throughout your treatment to develop a crisis/safety plan. Complete only the sections that are meaningful for you. We encourage you to share your crisis/safety plan with the members of your treatment team (inpatient and outpatient). Thank you.

**Things that help me feel better in the moment**
*Things that help me calm down, stay safe, or feel better:*
Walking makes me feel better

**Things that help me stay well**
*Things I do regularly that help me stay safe; things I enjoy doing daily:*
Walking daily

**What I notice emotional stressors or warnings signs, I will**
*What I can do to prevent things from getting worse; what helps me when I feel bad:*
**A. Do the following things**
walking


**B. Call the following people**
*Note: Please make sure that contact persons know what is expected of them when called*
VA; resolve;




**Situations, people, places, things or events that cause emotional pain**
*Things that upset me or make me feel unsafe:*
Reading about self in the news and it's now true.

**Things that make me feel worse**
*Things that do NOT help me calm down or stay safe:*
Reading stuff that isn't true.

4/9/25, 10:51 AM                              Price, Brandon L ▮▮▮▮▮▮▮▮▮▮ Encounter Date: 04/08/2025

Problem Summary: Brandon reports that fox new.com has an article about him, stating that he went to prison for 8 months. He is upset because he states this is false and he has never been to prison. He walked to the bridge today, thinking about jumping off. He said he stopped and turned around and went home and called resolve. He meant to call the VA, but for some reason was routed to resolve. This writer offered supportive listening and validation in support of caller. He denied SI at this time. He agreed to call resolve if he feels unsafe. He denied HI.

**Lethality / Risk Assessment**
Have you wished you were dead or wished you could go to sleep and not wake up? Past Month: No
Have you actually had any thoughts of killing yourself? Past Month: No
Have you ever done anything, started to do anything or prepared to do anything to end your life? Lifetime: Yes
Was this in the past 3 months?: No
Have you had any thoughts or plans to hurt or kill someone else?: No
Elect to complete a homicide assessment despite a negative screen?: No
Do you have access to firearms, weapons, or other lethal means (i.e. pills)?: Yes
Safe storage practices of firearms, weapons, or other lethal means is included in the individual's safety plan?: Yes
Risk Factors for Both Suicide and Homicide: anxiety / insomnia, increased irritability and/or becoming easily frustrated, social isolation; withdrawal from friends, family, supports
Risk Factors for Suicide: suicidal ideation
Suicide Risk Level: Low
Rationale for suicide risk level level selected: Went to the bridge and turned around and now feels better.
Interventions: created or updated crisis/safety plan
Other Interventions / Intervention Comments: Agreed to call resolve pm.

**If I am experiencing a crisis, I would like the following plan to be followed (e.g., take me to the local crisis center; remind me to use my crisis/safety plan; list of people to contact and their phone numbers):**

| Crisis and Support Contacts: | Additional Support Numbers: |
|---|---|
| 1. Utilize your local support or crisis number<br>2. Trevor Lifeline (for LGBTQ Youth): 1-866- 488-7386<br>3. Disaster Distress Hotline: 1-800-985-5990<br>4. Emergency: 911<br>5. Crisis Text Line: Text "HOME" to 741- | |

If you're ever in crisis and need to talk to someone right away, call the Veterans Crisis Line at **988**. Then select 1.

# SUICIDE CASE MANAGER/COORDINATOR NOTE

Date entered: April 4, 2025

## Details

**Location**
PITTSBURGH VAMC UNIVERSITY DR.

**Written by**
DANIEL MERCHANT

**Signed by**
DANIEL MERCHANT

**Date signed**
April 4, 2025

## Note

```
LOCAL TITLE: SUICIDE CASE MANAGER/COORDINATOR NOTE
STANDARD TITLE: SUICIDE PREVENTION NOTE
DATE OF NOTE: APR 04, 2025@13:05  ENTRY DATE: APR 04, 2025@13:05:16
    AUTHOR: MERCHANT,DANIEL       EXP COSIGNER:
   URGENCY:                       STATUS: COMPLETED
```

Suicide Prevention attempted to reach Veteran due to Veterans crisis line (VCL)
request. Suicide Prevention was unable to reach Veteran and will try to reach

Veteran again according to national guidance.

1300 on 04/04/2025 SPC Merchant called Et at ▓▓▓▓▓▓. Vet did not answer.
SPC left a message requesting return call to ▓▓▓▓▓▓. SPC will place a note
in Vets chart alerting providers of VCL call. SPC will outreach to Vet net
business day.

THIS NOTE IS ADDED FOR INFORMATIONAL PURPOSES TO INFORM THE TREATMENT TEAM THAT
THE VETERAN CALLED THE VETERANS CRISIS LINE. The full note will be entered when
VCL consult is closed. Below is the consult summary from the crisis line and the
actions taken by the crisis line responder (not the author of this note).

Date and time of call: 4/4/2025 11:51 AM (EDT)

VETERAN NAME: PRICE, BRANDON LEE
PRIORITY DESIGNATION: Routine
SPC INFORMATION: Pittsburgh, PA-646, ▓▓▓▓▓▓

DOB: ▓▓▓▓▓▓
SSN: ▓▓▓
PHONE: ▓▓▓▓▓▓

SDV term: Suicidal ideation without suicidal intent
PRESENTING PROBLEM: ▓ y.o. male veteran called for support with "intense"
suicidal thoughts yesterday and this morning, though he denied having

suicidal
thoughts or intent at the time of this call. His speech was calm and pleasant.

Veteran described the precipitating stressors to include news articles on the

internet "lying" about him, and someone on the street accusing him of having

been to prison, which he denied. (Responder inquired whether veteran is a local

person of note, etc. to have articles written about him- veteran's disorganized

responses suggest possible delusions of reference.) Veteran reported experiencing SI with plan and intent for suicide by firearm or jumping from a

bridge in the last 2-3 days, including stating "A couple days ago I was getting

ready to blow my brains out." He declined responder's encouragement to seek

urgent or emergent mental health support today. He reported access to 3 loaded

guns he keeps in a drawer, and he declined to change storage arrangements at

this time, citing no SI at time of call. Veteran reported he does not currently

receive mental health care and stopped taking meds some time ago- he expressed

uncertainty about his eligibility for VA, but recalled having a therapist at a

local agency (Persad) whom he agreed to call to resume Tx. Veteran reported past

diagnoses of MD, PTSD, and psychosis; he alluded to past suicidal Bx resulting

in police dispatch to a bridge, but he declined to discuss further

with this
responder, citing desire to focus on the present today. He denied any
drug/alcohol use and no indications of substance-impairment were noted.
Responder offered supportive listening and reflection, assessed for safety,
explored coping/supports, facilitated discussion of safety planning, and offered
resources including SPC consult (accepted). Responder provided brief overview of
options to call VCL and/or seek VA emergency room mental health care, veteran
thanked responder for this info and agreed he'd go if needed. Veteran described
feeling better after talking, shared his plans for coping today and the call
ended normally.

SAFETY PLANNING: 1) Veteran will call his therapist at Persad to request
resuming treatment. 2) Veteran agreed to close his laptop and stay off the
internet for the remainder of the day, to avoid triggers there. 3) Veteran will
go for a long-walk to regulate mood and distract from negative rumination as
discussed previously with his therapist; he agrees to go a route south that will
avoid local bridges. 4) Veteran will leave firearms in there current storage
location for the time being. 5) Veteran will call VCL if experiencing feelings
of helplessness (noted to be a trigger for SI for him), or otherwise

No flags in CRISTAL

/es/ DANIEL MERCHANT
Social Worker, LCSW
Signed: 04/04/2025 13:06