Exhibit: D1

Google Search Results

Page: 1

(No Defamatory Article Found)

Show more images ⌄

The Wire | Fandom
https://thewire.fandom.com › wiki › Brandon_Price

## Brandon Price

Brandon Price is an American actor. He guest stars as Anton "Stinkum" Artis in the first season. He has appeared in The Wire…

### People also search for

| | |
|---|---|
| **Braydon** Price **Merch** | 🔍 |
| Brandon Price **The Wire** | 🔍 |
| Brandon Price **actor** | 🔍 |
| brandon price - **football** | 🔍 |
| Brandon price **facebook** | 🔍 |
| Brandon Price **baltimore** | 🔍 |
| Brandon **Price, MD** | 🔍 |
| Brandon **Price, Wachtell** | 🔍 |



Goooooooooogle >
1 2 3 4 5 6 7 8 9 10    Next

◉ **15215, Pittsburgh, PA** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

$25 to $60


Instagram · brandonprice_92
2.7K+ followers

# Brandon Price (@brandonprice_92)

Athlete. us @americanflattrack
Super Twins #92 us Facebook:
**Brandon Price** Racing ⭕
#BP92 ⛳ 🏁us Deer Hunter 🦌




Facebook · Brandon Price Racing
3.2K+ followers

# Brandon Price Racing

**Brandon Price** Takes the Lead: OTB Racing's Star Rider Returns for 2025 Season in Mission AFT SuperTwins Class **Brandon Price** Racing, a talented and dedicated ...




American Flat Track
https://www.americanflattrack.com › Riders

# Rider Bio - Brandon Price

The 2010 AMA Youth Rider of the Year, **Price** put together a standout amateur career that included 31 wins and 11 AMA Amateur Nation...

# Images



Brandon Price
▶ YouTube



Brandon Price will serve his 2...
🔴 10News.com

# Braydon Price

Welcome to the Braydon Price YouTube Channel! We like to get wild and have fun so enjoy the MAYHEM!



## People also ask

Where is Brandon Price from?

What is Braydon Price's birthday?

Who played Stinkum?

What is Braydon Price's Snapchat?

Feedback

 IMDb
https://www.imdb.com › name

### Brandon Price | Actor

Brandon Price. Actor: The Invasion. Brandon Price is known for The Invasion (2007), The Wire (2002) and Little Red (2000).



 Instagram · braydon_price
485.6K+ followers

### Braydon Price (@braydon_price)

Public figure. YouTube: Braydon Price. Snapchat: Braydon_price. TikTok: Therealbraydonprice. Business:...

## Videos



HE SAVED MY LIFE!

YouTube · Braydon Price
Aug 29, 2022



DRIFTING MINI FOUR-WHEELERS | Most FUN EVER

YouTube · Braydon Price
Oct 18, 2022