IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Brandon Price,
   Plaintiff, Pro Se
v.

The Associated Press,
   Defendant.





FILED
MAY 13 2025
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

Civil Action No. 2:25-cv-648

PLAINTIFF'S MOTION TO SEAL MEDICAL RECORDS FROM PUBLIC ACCESS

Plaintiff, proceeding pro se, respectfully moves this Honorable Court to seal from public access certain documents containing private and sensitive medical records submitted in support of this action. In support of this motion, Plaintiff states as follows:

1. Plaintiff is submitting or has submitted medical records as part of the evidence in this case.

2. These medical records contain private and confidential health information protected under the Health Insurance Portability and Accountability Act (HIPAA).

3. Plaintiff respectfully requests that these medical documents be sealed from public access to prevent unnecessary disclosure of personal medical information.

4. Plaintiff is not requesting that the Court or the Defendant be denied access—only that public access to these records be restricted.

5. Good cause exists to grant this motion pursuant to Fed. R. Civ. P. 26(c) and Local Rule 5.2 of the Western District of Pennsylvania.

WHEREFORE, Plaintiff respectfully requests that this Court issue an order:

a. Sealing all medical records submitted in this case from public access;

b. Permitting access to said records by the Court and Defendant only; and

c. Granting such further relief as this Court deems just and proper.

Respectfully submitted,

Brandon Price

Pro Se Plaintiff

150 1st street

Pittsburgh Pa, 15238

Marsb9105@gmail.com

Date: _May 13, 2025_

Signature: _____