FILED

MAY 22 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BRANDON PRICE
Plaintiff,
v.

Case No. 2:25-cv-00648-MPK

THE ASSOCIATED PRESS
Defendant.

MOTION FOR ELECTRONIC COPY OF COMPLAINT DUE TO FINANCIAL HARDSHIP

Plaintiff respectfully moves this Honorable Court to direct the Clerk's Office to email Plaintiff a PDF copy of the entire complaint and exhibits filed in this case. In support of this motion, Plaintiff states:

1. Plaintiff is proceeding without legal counsel and does not currently have access to a working printer, funds to pay for printing, or the ability to download and print documents from PACER.

2. Plaintiff urgently needs a copy of the complaint to comply with service requirements and to prepare for the next steps in the litigation.

3. Plaintiff respectfully requests that the Clerk be directed to email a PDF copy of the complaint and all exhibits to the Plaintiff at the following email address:

Marsb9105@gmail.com

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion and issue an order directing the Clerk's Office to send a PDF copy of the complaint and any attached exhibits to the Plaintiff via email.

Respectfully submitted,

Brandon Price

150 1st street Pittsburgh Pa, 15238

412-475-9073

Marsb9105@gmail.com

Pro Se Plaintiff