IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Brandon Price,
    Plaintiff,

v.

                        Civil Action No. 2:25-cv-00648-MJH

The Associated Press,
    Defendant.

**FILED**

JUL 21 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION FOR PACER FEE EXEMPTION AND BILLING REVIEW

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Brandon Price,
    Plaintiff,

v.

Civil Action No. 2:25-cv-00648-MJH

The Associated Press,
    Defendant.

## MOTION FOR PACER FEE EXEMPTION AND BILLING REVIEW

Plaintiff, appearing pro se and proceeding in forma pauperis (ECF No. 6), respectfully moves the Court for an exemption from PACER fees under 28 U.S.C. § 1913 and § 1915.

Plaintiff recently received a PACER bill totaling $357.50, which he cannot afford due to his financial status as established in his IFP application. The charges appear excessive given the limited nature of docket activity (e.g., $0.20 for a docket report on July 11, 2025) and may reflect a billing error associated with this case or Plaintiff's concurrent case involving the Army Review Board Agency.

Access to case records is essential for Plaintiff to effectively prosecute both matters without undue burden. The importance of fee-free access for indigent litigants has been acknowledged in *National Veterans Legal Services Program v. United States*, No. 16-cv-745 (D.D.C.), among other cases.

Plaintiff requests the following relief:

1. A waiver of the $357.50 PACER bill and exemption from all future PACER fees in this case (Civil Action No. 2:25-cv-00648-MJH) and in Plaintiff's concurrent Army Review Board Agency case.

2. A review of the PACER billing activity to confirm whether an error occurred.

This motion is submitted concurrently with Plaintiff's Objections to the Report and Recommendation (ECF No. 13).

Respectfully submitted,

Brandon Price, Pro se

150 1st street

Pittsburgh PA 15238

Email: marsb9105@gmail.com

Date: 7-18-2025

Signature: *Brandon Price*
Brandon Price

2